# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 6, 2009

138861

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

NEW CENTER PLUMBING & HEATING, INC.
and ADVANCED AIR SERVICES, INC.,
      Plaintiffs-Appellees,

v

SC: 138861
COA: 283314
Wayne CC: 06-631401-CK

HARVARD ENGINEERING &
CONSTRUCTION, EXECUTIVE
CONSTRUCTION MANAGEMENT
COMPANY, and EXECUTIVE
CONSTRUCTION MANAGEMENT &
HARVARD ENGINEERS CONSTRUCTION
CONSULTANTS, d/b/a ECM HARVARD JOINT
VENTURE,
      Defendants-Appellants,

and

REVEREND ROBERT EARL STARGILL and
SAMARITAN BAPTIST CHURCH,
      Defendants.

_____/

      On order of the Court, the application for leave to appeal the March 31, 2009 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 6, 2009

Clerk

s0720